MAX HARNICK v. S. M. HIRSCH & CO., INC., and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JOSEPH A. SCHAEFER v. THE GROTON CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See *ante*, p. 807.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

DR. MILES LABORATORIES, INC., v. AMERICAN PHARMACEUTICAL COMPANY, INC., and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BURKE ENTERPRISES, INC., and Others v. MINERVA AMUSEMENT CORPORATION and Others, Impleaded with SOTEROS D. COCALIS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

EVELYN BURRELL v. THE CITY OF NEW YORK, Impleaded with TUDOR CITY TWELFTH UNIT, INC., and Others.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay granted as stated in order. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of JOSEPH K. SHERMAN, as Trustee of the Bankrupt Estate of FREDERICK T. TOWNE, for the Issuance of an Execution under Section 684 of the Civil Practice Act against the Income from Certain Trust Funds of Said FREDERICK T. TOWNE in the Hands of JOHN HENRY TOWNE, and Others, Trustees, etc., of HENRY R. TOWNE, Deceased. RICHARD H. SARVER. JOSEPH K. SHERMAN and Others.— Motion for leave to the appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

EDITH RAISIN, Also Known as EDITH ROTHSTEIN, v. ABRAHAM GOLDFARB and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

POST INSTITUTE, INC., and LOUIS J. STERN v. LANDER CO., INC., and S. H. KRESS & CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. YOUNG MEN'S CHRISTIAN ASSOCIATION OF THE CITY OF NEW YORK v. WILLIAM STANLEY MILLER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.